UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-3152 JVS (JCGx) | Date | March 15, 2012 |
| Title | Yang v. BMW of North America, LLC. | | |

Present: The Honorable    James V. Selna

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)    Order to Show Cause re Jurisdiction

       The Court has made a preliminary review of the jurisdictional allegations in the:

       X    Complaint, filed April 13, 2011

           Notice of Removal ("Notice") filed

by Tsan Yang ("Yang").

       The initial pleading invokes jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Complaint, ¶ 4 .)  Jurisdiction on this basis requires complete diversity.

       The following party to the action is alleged to be a limited liability companies ("LLC"):

       BMW of North America, LLC

       For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 11-3152  JVS (JCGx)                         Date   March 15, 2012

Title    Yang v. BMW of North America, LLC.

tell if jurisdiction has been properly invoked.

      Yang is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as of the date of the filing of the initial pleading. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

      **A failure to respond may result in dismissal of the action for lack of jurisdiction.**

                                                               0    :    00

Initials of Preparer    kjt