JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSAN YANG,<br><br>        Plaintiff,<br><br>     v.<br><br>BMW OF NORTH AMERICAN, LLC<br><br>        Defendant(s).<br>_____ | CV 11-03152  JVS (JCGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   October 10, 2012

                                                  _____<br>
                                                      James V. Selna<br>
                                                   United States District Judge